**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**ALPINE DIVISION**

**SIMON AMUNGA NASIO,**

Plaintiff,

v.

** UNITED STATES DEPARTMENT OF DEFENSE (DOD),**

Defendant.

**Case No. [To be Assigned]**

---

### **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff **Simon Amunga Nasio**, proceeding pro se, respectfully files this Complaint against **Defendant Secretary of the United States Air Force**, in his official capacity as Secretary of the United States Air Force, and alleges as follows:

### **JURISDICTION AND VENUE**

**1. This Court has jurisdiction pursuant to **28 U.S.C. § 1331**, as this action arises under the **laws of the United States**, including:**

  - **10 U.S.C. § 504(b)(2)(B)** (governing discretionary enlistment of non-citizens);

  - **5 U.S.C. § 701 et seq.** (Administrative Procedure Act);

  - **5 U.S.C. § 2301 et seq.** (Merit System Principles);

  - **42 U.S.C. § 2000e et seq.** (Title VII of the Civil Rights Act of 1964 – Equal Employment Opportunity);

  - **29 U.S.C. § 791 et seq.** (Rehabilitation Act – protections against discrimination in federal employment);

  - **Equal Protection under the Fifth Amendment to the U.S. Constitution.**

**2. Venue is proper under **28 U.S.C. § 1391(e)**,** as Defendant is an officer of the United States acting in his official capacity, and a substantial part of the events giving rise to this claim occurred within this judicial district.

### **PARTIES**

3. **Plaintiff Simon Amunga Nasio** resides at **400 North Harrison, Alpine, TX 79832**. Plaintiff is a student at **American Military University/American Public University**, pursuing a **Bachelor's Degree in Computer Science and a Bachelor Degree in Law**. Plaintiff is eligible under **10 U.S.C. § 504(b)(2)(B)** for discretionary enlistment in the United States Air Force.

4. **Defendant Secretary of the United States Air Force** is responsible for the administration of Air Force policies, including the discretionary authority granted under **10 U.S.C. § 504(b)(2)(B)** regarding enlistment of non-citizens. Defendant is sued in his official capacity.

### **STATEMENT OF FACTS**

5. Plaintiff is not a lawful permanent resident but qualifies for discretionary enlistment under **10 U.S.C. § 504(b)(2)(B)**, which allows the Secretary of the Air Force to authorize enlistment of non-citizens when it is determined to be **"vital to the national interest."**

6. Plaintiff has made multiple attempts to secure enlistment in the Air Force but has faced procedural obstacles, delays, and arbitrary rejections.

7. Plaintiff filed complaints with the DoD / IG,  **Air Force Inspector General (AF/IG)**, the **Air Education and Training Command Inspector General (AETC/IGQ)**, and the **Office of the Secretary of the Air Force Inspector General (SAF/IG)**, but these complaints were dismissed without proper review.

8. The Air Force has failed to provide a substantive response or justification for its refusal to exercise discretionary authority under **10 U.S.C. § 504(b)(2)(B)**, constituting an arbitrary and capricious action under federal law.

9. The Defendant's refusal to process Plaintiff's application also violates **5 U.S.C. § 2301 et seq.** (Merit System Principles), which require fairness in hiring and employment decisions.

10. Defendant's inaction and procedural barriers amount to discrimination in violation of **Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.)** and the **Rehabilitation Act (29 U.S.C. § 791 et seq.)**, as they create unfair and disparate treatment of non-citizens.

### **LEGAL CLAIMS**

#### **Count I: Violation of the Administrative Procedure Act (5 U.S.C. § 706)**

11. Defendant's refusal to process Plaintiff's enlistment application constitutes an **arbitrary and capricious** action under the **Administrative Procedure Act (APA), 5 U.S.C. § 706(2)**.

#### **Count II: Violation of 10 U.S.C. § 504(b)(2)(B)**

12. Defendant has **failed to properly exercise discretion** granted under **10 U.S.C. § 504(b)(2)(B)**, which allows for enlistment of non-citizens when in the national interest.

#### **Count III: Violation of the Merit System Principles (5 U.S.C. § 2301 et seq.)**

13. Defendant's failure to fairly process Plaintiff's enlistment violates the **Merit System Principles**, which require fairness in hiring and prohibit arbitrary employment decisions.

#### **Count IV: Violation of Equal Employment Opportunity Laws (42 U.S.C. § 2000e et seq.)**

14. Defendant's refusal to process Plaintiff's application based on **citizenship status** constitutes **employment discrimination** in violation of **Title VII of the Civil Rights Act of 1964**.

#### **Count V: Violation of the Rehabilitation Act (29 U.S.C. § 791 et seq.)**

15. Defendant's actions create unnecessary procedural barriers that disproportionately impact individuals like Plaintiff, violating the **Rehabilitation Act**.

#### **Count VI: Violation of the Equal Protection Clause (Fifth Amendment)**

16. Defendant's refusal to process Plaintiff's application without valid justification violates **Equal Protection under the Fifth Amendment**, as it creates unjustifiable and discriminatory barriers to enlistment.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. **Declare** that Defendant's actions and inactions violated **10 U.S.C. § 504(b)(2)(B)**, the **APA (5 U.S.C. § 706)**, the **Merit System Principles (5 U.S.C. § 2301 et seq.)**, **Title VII (42 U.S.C. § 2000e et seq.)**, the **Rehabilitation Act (29 U.S.C. § 791 et seq.)**, and the **Equal Protection Clause** of the **Fifth Amendment**.

B. **Issue an injunction** requiring Defendant to properly evaluate Plaintiff's enlistment application in accordance with **10 U.S.C. § 504(b)(2)(B)** and other applicable laws.

C. **Award Plaintiff reasonable costs and fees**, if applicable.

D. **Grant any other relief** that the Court deems just and proper.

### **JURY DEMAND**

**Plaintiff demands a **jury trial** on all issues so triable.**

**Respectfully submitted,**

**Simon Amunga Nasio**

**400 North Harrison, Alpine, TX 79832**

**snasio74@gmail.com**