IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **SIMON AMUNGA NASIO, SR.,** *Plaintiff,* | § § § § § § § § § | |
| **v.** | | P:25-CV-00014-DC |
| **UNITED STATES DEPARTMENT OF DEFENSE,** *Defendant.* | | |

## ORDER OF FINAL JUDGMENT

On June 23, 2025, the Court adopted United States Magistrate Judge David B. Fannin's report and recommendation concerning Plaintiff Nasio's Complaint and Motion to Proceed *in forma pauperis*. The Court's Order dismissed with prejudice Plaintiff's Complaint.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

It is so **ORDERED**.

SIGNED this 30th day of June, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE